[No. 20908-0-II.    Division Two.    July 31, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES S. CALDERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 96-1-00059-9, Joel M. Penoyar, J., entered June 28, 1996. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 21726-1-II.    Division Two.    July 31, 1998.]

DONOVAN J. SUSAK, ET AL., *Respondents*, v. DEBBIE J. CAMERON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-2-0065308, F. Mark McCauley, J., entered February 18, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 21885-2-II.    Division Two.    July 31, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY CAMERON ADKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04772-6, Frederick W. Fleming, J., entered April 21, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Hunt, JJ.

[No. 21892-5-II.    Division Two.    July 31, 1998.]

RICHARD L. FLINTOFF, *Appellant*, v. M.B. CONSTRUCTION CO., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-04216-9, Vicki L. Hogan, J., entered March 21, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Morgan, J.